### Young cont<sup>a</sup> Skinner

Iohn Young plaint. on Replevin cont<sup>a</sup> Thomas Skinner Attourny to Major Iohn Talcot, John Wadsworth & Thomas Catline Defend<sup>ts</sup> The Replevin & Evidences in the case produced being read and committed to the Jury, which are on file, The Jury . . . found for the Defend<sup>t</sup> that the s<sup>d</sup> John Young shall deliver one quarter part of the Katch Unity unto Major Talcot or order & one Eight part thereof to John Wadsworth or order within three months next insuing, with a proportionable share of s<sup>d</sup> Katches Earnings, or else then pay to the s<sup>d</sup> Owners Seventy five pounds in money & costs of Court. The plaint. appealed from this Judgement unto the next Court of Assistants, and put in security for prosecution thereof to effect.